UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
UNITED STATES OF AMERICA,

                Plaintiff,                      12-CR-830 (PKC)

     -against-                     MEMORANDUM
                                          AND ORDER

ALIREZA MOAZAMI GOUDARZI,

                Defendant.
-----------------------------------------------------------x

CASTEL, U.S.D.J.

          In response to this Court's Order of January 25, 2016, the government has delineated the "significant foreign policy interests" (Dkt. No. 6) that underlie its request for an order of nolle prosequi dismissing the indictment against Alireza Moazami Goudarzi a/k/a "Mikel Scofield," a/k/a "Saaed Ebrahimi," a/k/a "Sebastian Wilson," a/k/a "Richard Bocher," a/k/a "Mike Brown." (Dkt. No. 1.) The conduct of the foreign policy of the United States is committed to the political branches of government and not to the judiciary. It suffices that the government has now set forth considerations in a non-conclusory manner that are not on their face "clearly contrary to the public interest." Rinaldi v. United States, 434 U.S. 22, 30 n.15 (1977) (citing United States v. Cowan, 524 F.2d 504 (5th Cir. 1975). Accordingly the order of nolle prosequi will be entered.

          SO ORDERED.

                                                          P. Kevin Castel
                                               United States District Judge

Dated: New York, New York
        February 18, 2016

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2-19-16